# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **PHEARN A. BUTLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 13-CV-2214 |
| **EAST CENTRAL COMMUNITY ACTION AGENCY,** | ) |
| **Defendant.** | ) |

## ORDER

A Report and Recommendation (#27) was filed by the Magistrate Judge in the above cause on July 28, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) The Motion to Dismiss (#11) filed by Defendant East Central Community Action Agency is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 19th day of August, 2014.

S/ COLIN S. BRUCE
U.S. DISTRICT JUDGE